FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

November 30, 2017

Jason A. Ellis
Judge, County Court at Law
100 N Broadway, 2nd Fl
Tyler, TX 75702-7236

Mr. Paul M. Leopold
KoonsFuller, P.C.
181 Grand Avenue, Suite 225
Southlake, TX 76092
* DELIVERED VIA E-MAIL *

Mr. M. J. Vanden Eykel
KoonsFuller
1717 McKinney Ave., Suite 1500
Dallas, TX 75202-1249
* DELIVERED VIA E-MAIL *

Ms. Jo Ann Merica
Duggins Wren Mann and Romero, LLP
600 Congress Avenue, Suite 1900
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Ms. Taylor Toombs Imel
KoonsFuller, P.C.
109 N Post Oak Ln., Suite 425
Houston, TX 77024-7755
* DELIVERED VIA E-MAIL *

Ms. Jessica Hall Janicek
KoonsFuller PC
181 Grand Avenue, Suite 225
Southlake, TX 76092
* DELIVERED VIA E-MAIL *

RE:     Case Number:  17-0944
        Court of Appeals Number:  12-17-00214-CV
        Trial Court Number:  16-1151-E

Style:  IN RE M.B.

**FILED**
11/30/2017
Twelfth Court of Appeals
Pam Estes
Clerk

Dear Counsel:

The Supreme Court of Texas granted the Motion for Temporary Relief as supplemented and issued the attached stay order in the above-referenced case.  The Court requests that real party in interest file a response to the petition for writ of mandamus due to be filed on **December 15, 2017.  PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov.  You may file up to midnight on the due date.

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Ms. Pam Estes (DELIVERED VIA E-MAIL)
       Ms. Cynthia S. Kent (DELIVERED VIA E-MAIL)
       County Clerk Smith County (DELIVERED VIA E-MAIL)
       Ms. Marnie A. McCormick (DELIVERED VIA E-MAIL)